UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE DREAM FARM PTY. LTD.,

    Plaintiff,

    v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

    Defendants.

Civil Action No.    1:26-cv-1266

## PLAINTIFF'S MOTION FOR CLERK TO ISSUE SINGLE SUMMONS UNDER FRCP 4(b)

In order to help expedite the Court's processing of the summonses on the defendants in this case, The Dream Farm Pty. Ltd. ("Plaintiff") hereby requests that the Clerk's Office issue one summons as to all defendants in the form submitted herewith, which would be directed to: "The Individuals, Business Entities, And Unincorporated Association Identified on Exhibit 1"—which are the defendants named on Exhibit 1 to Plaintiff's complaint.

The clerk may issue a single summons as requested because such is permissible under the Federal Rules of Civil Procedure, which specifically provide for service of process on multiple defendants within a single summons:

> On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

Fed. R. Civ. P. 4(b). The Advisory Committee Notes following Rule 4 further explain that "[i]f there are multiple defendants, the plaintiff may secure issuance of a summons for each defendant,

or may serve copies of a single original bearing the names of multiple defendants if the addressee of the summons is effectively identified." Fed. R. Civ. P. 4(b), Advisory Committee Note, 1993 Amendments. *See also Bjornson v. Equifax Inc.*, No. 20-CV-5449 RJB, 2020 WL 4430999, at *1– 2 (W.D. Wash. 2020) (recognizing that a plaintiff may secure issuance of a summons bearing the names of multiple defendants, that "fracturing the summons into multiple summonses would achieve no notice or service of process not already performed by Plaintiff[,]" and that such "would only waste the resources of the parties and the court").

Plaintiff therefore files this motion to both meet the intent of the Federal Rules of Civil Procedure, and to promote judicial efficiency. Although the defendants conduct their infringing operations anonymously online, each defendant in this case uses a "Seller Name," "ID," and "URL" (collectively, "Identifying Information") to advertise and sell infringing copies of Plaintiff's products. Each of the defendants have been "effectively identified" under the reasoning of the Advisory Committee Notes following Rule 4, so Plaintiff respectfully submits that its Request is proper under Fed. R. Civ. P. 4(b), and would promote the efficient prosecution of this lawsuit.

For the above reasons, Plaintiff respectfully requests that the clerk issue a single Summons as to all defendants pursuant to Fed. R. Civ. P. 4(b).

Dated: May 13, 2026

Respectfully submitted,

**Scale LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel. 415.735.5933
Fax 415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
THE DREAM FARM PTY. LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

## CERTIFICATE OF CONFERENCE

No defendant has appeared yet in this case, and therefore, pursuant to Local Rule CV-7(i), undersigned counsel states that he is unable to meet and confer with the defendants and unable to state whether this motion is opposed.

By: */s/ Charles A. Wallace*
Charles A. Wallace