UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE DREAM FARM PTY. LTD.,

Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

Defendants.

Civil Action No.   1:26-cv-1266

## ORDER

Before the Court is Plaintiff The Dream Farm Pty. Ltd.'s Motion for Clerk to Issue Single Summons Pursuant to Fed. R. Civ. P. 4(b) (Plaintiff's "Motion"). Plaintiff claims that issuance of a single summons will help expedite the Court's processing of the summonses required to properly serve each of the defendants in this case, and proposes that the single summons be directed to "The Individuals, Business Entities, And Unincorporated Association Identified on Exhibit 1"—which are the defendants named on Exhibit 1 to Plaintiff's complaint.

Undoubtedly, Rule 4 provides for the efficient use of resources in the manner Plaintiff described in its motion:

> On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

Fed. R. Civ. P. 4(b). The language of Rule 4(b) makes clear that when multiple defendants are to be served, a copy of the summons issued by the clerk may be served on each defendant. The

1

Advisory Committee Notes following Rule 4 further explain that "[i]f there are multiple defendants, the plaintiff may secure issuance of a summons for each defendant, or may serve copies of a single original bearing the names of multiple defendants if the addressee of the summons is effectively identified." Fed. R. Civ. P. 4(b), Advisory Committee Note, 1993 Amendments. *See also Bjornson v. Equifax Inc.*, No. 20-CV-5449 RJB, 2020 WL 4430999, at *1–2 (W.D. Wash. 2020) (a plaintiff may secure issuance of a summons bearing the names of multiple defendants, "fracturing the summons into multiple summonses would achieve no notice or service of process not already performed by Plaintiff[,]" and such "would only waste the resources of the parties and the court").

As issuance of a single summons is both permitted by the Federal Rules of Civil Procedure and would promote judicial efficiency, Plaintiff's Motion must therefore be in all respects **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk issue one summons as to "The Individuals, Business Entities, And Unincorporated Association Identified on Exhibit 1" of Plaintiff's complaint. Plaintiff is further directed to attach said Exhibit 1 to the summons after the Clerk issues the document pursuant to this Order, before serving it on the defendants.