UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE DREAM FARM PTY. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>Defendants. | Civil Action No. 1:26-cv-1266 |

## PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Plaintiff The Dream Farm Pty. Ltd., pursuant to Federal Rule of Civil Procedure 65(b)(2), files this Motion to Extend Temporary Restraining Order, and provides the following in support:

Plaintiff filed its Complaint and its *ex parte* Motion for Entry of a Temporary Restraining Order, Expedited Discovery Order, and Asset Restraining Order on May 13, 2026. The Court granted Plaintiff's Motion on May 21, 2026. Dkt. 13 (the "Order"). The Order is set to expire June 4, 2026 unless Plaintiff moves for an extension and shows good cause. *See* Fed. R. Civ. P. 65(b)(2) (a TRO "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period"). Courts within the Fifth Circuit has found good cause to extend a TRO where "the grounds for originally granting the TRO continue to exist." *Direct Biologics, LLC v. McQueen*, 2022 WL 1561518, at *1 (W.D. Tex. May 17, 2022) (citing *Sec. & Exch. Comm'n v. AriseBank*, No. 3:18-CV-186-M, 2018 WL 10419828, at *1 (N.D. Tex. Mar. 9, 2018).

Plaintiff served the Order on the Third Party Providers,[1] but Plaintiff has yet to receive

---

[1] "Third Party Providers" has the same meaning as defined in Plaintiff's Motion.

1

contact and identifying information for all of the Defendants subject to the Order. The grounds for originally granting the TRO continue to exist because the Defendants are likely to withdraw their illegally-obtained funds and close their webstores if the TRO expires before Plaintiff is able to obtain the Defendant data requested in the TRO ahead of the preliminary injunction hearing. Plaintiff therefore respectfully moves for the Court to exercise its discretion and extend the TRO for an additional 14 days (to expire on June 18, 2026), which will enable Plaintiff to finish gathering the information necessary to properly identify each Defendant, and to notice each Defendant via email of the preliminary injunction hearing on this matter.

Dated: May 27, 2026

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel.       415.735.5933
Fax       415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
THE DREAM FARM PTY. LTD.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

2

## **CERTIFICATE OF CONFERENCE**

No defendant has appeared yet in this case, and therefore, pursuant to this court's local rules, undersigned counsel states that he is unable to meet and confer with the defendants and unable to state whether this motion is opposed.

By: */s/ Charles A. Wallace*
Charles A. Wallace