UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE DREAM FARM PTY. LTD.,

        Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

        Defendants.

Civil Action No. 1:26-cv-1266

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING PRELIMINARY-INJUNCTION HEARING

On May 13, 2026, the court rendered an order granting Plaintiff's application for temporary-restraining order. Dkt. 13. Although Plaintiff served said order on the Defendants' payment processors and online ecommerce marketplaces (the "Third Party Providers"), Plaintiff has not yet received the requested contact and identifying information for all of the Defendants. Therefore,

**IT IS ORDERED** that the Temporary Restraining Order rendered May 21, 2026 is **EXTENDED** in its entirety under the same terms and conditions until **June 18, 2026**.

**IT IS FURTHER ORDERED** that the preliminary-injunction hearing on this matter is **SET** for _____, 2026, in Austin, Texas.

In all other respects, this court's Ex Parte Temporary Restraining Order rendered May 21, 2026 (Dkt. 13) shall remain in full force and effect.

1